UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

LUCAS CERVANTES and JOHN DOE,
on behalf of themselves and FLSA
Collective Plaintiffs,

                        Plaintiffs,

  - against -

CJ RESTAURANT COMPANY INC. and
EUN KYUNG KIM,

                     Defendants.

------------------------------------------X

18 Civ. 1953 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/18

**Sweet, D.J.**

       It having been reported to this Court that the above entitled action has been settled, it is ORDERED that the above action is dismissed without prejudice; provided, however, that within 30 days of the date of this order, Plaintiffs may apply by letter in which event the action will be restored.

New York, NY
September 7, 2018

_____
**ROBERT W. SWEET**
**U.S.D.J.**